HILLMAN, APPELLANT, v. BROWN, JUDGE, APPELLEE.

[Cite as *Hillman v. Brown*, 132 Ohio St.3d 34, 2012-Ohio-1652.]

(No. 2011–1790—Submitted April 4, 2012—Decided April 17, 2012.)

_____

**Per Curiam.**

{¶ 1} We affirm the judgment of the court of appeals dismissing the complaint filed by appellant, Robert L. Hillman, for a show-cause contempt order against appellee, Judge Susan Brown of the Tenth District Court of Appeals, based on a judgment she entered in consolidated appeals involving Hillman. *Hillman v. Brown*, 10th Dist. No. 11AP–22 (Sept. 29, 2011).

{¶ 2} As constitutionally created courts, courts of appeals have inherent power to punish contempt. *See State ex rel. Johnson v. Perry Cty. Court*, 25 Ohio St.3d 53, 54, 495 N.E.2d 16 (1986), citing *State ex rel. Turner v. Albin*, 118 Ohio St. 527,

161 N.E. 792 (1928), paragraph one of the syllabus. But Hillman did not file his contempt motion in the pertinent appeals before the court of appeals; instead, he sought to invoke the original jurisdiction of the court of appeals with a complaint for a show-cause contempt order in a separate, new case.

{¶ 3} Hillman's complaint thus invoked neither the original nor the appellate jurisdiction of the court of appeals under the Ohio Constitution, Article IV, Section 3(B), and was properly dismissed. *See Brock v. Niemeyer*, 130 Ohio St.3d 80, 2011-Ohio-4704, 955 N.E.2d 981, ¶ 1.

Judgment affirmed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

───────────

Robert L. Hillman, pro se.

Michael DeWine, Attorney General, and Eric Butcher-Lyden and Damian W. Sikora, Assistant Attorneys General, for appellee.